Law Offices of Roger H. Sigal
11134 North Pomegranate Drive
Oro Valley, Arizona 85737
Tel: (520) 668-7256
Arizona State Bar No. 13094
rhsigallawoffice07@gmail.com
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America,<br>    Plaintiff | )<br>) | 4:25-cr-3173-JGZ-LCK-1 |
| vs. | )<br>)<br>)<br>) | **Second Motion to Modify Conditions**<br>**Of Release – To Allow Travel** |
| Scarlette Ledesma-Lopez,<br>    Defendant. | )<br>)<br>) | **(No Objection by Government or**<br>**Pretrial Services)** |

Excludable delay under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) should **not** occur as a result of this motion or an order based on it. Defendant respectfully moves this Court to modify her conditions of release to allow her to travel from Arizona to San Luis, Colorado, Mexico, from December 30, 2025 and to return on January 2, 2025 to spend the New Year holiday with her family family reunion.   In support of this motion, Defendant states the following grounds:

(1) After being arrested for Transporting Illegal Aliens within the United States for Profit, her first felony arrest, Ms. Ledesma-Lopez was released on conditions, under the supervision of Pretrial Services.

(2) Ms. Ledesma-Lopez's supervising Pretrial Services Officer, Claudia Rodriguez, advises that Ms. Ledesma has been compliant with all conditions of release.

(3)  This Court has twice previously granted Defendant's requests to travel to San Luis Rio Colorado, Sonora, Mexico, and Defendant has traveled and returned on both occasions in compliance with all conditions of release.

(4) So that she can spend the New Year Holiday with her family, Defendant requests this Court's permission to leave Arizona on December 30, 2025, to return on January 2, 2026.

(5)  Defendant's supervising Pretrial Services Officer, Claudia Rodriguez, has no objections to this motion.

(6)  AUSA Pete Sabori also has no objections to this motion.

RESPECTFULLY SUBMITTED: December 15, 2025.

LAW OFFICES OF ROGER H. SIGAL

s/ *Roger H. Sigal*

Roger H. Sigal for Defendant

**The foregoing electronically filed and distributed via CM-ECF this 15th day of December, 2025.**