1
2
3
4
5
6
7
8
9
10
11

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | 4:25-cr-03173-JGZ-LCK-1 |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| Ledesma-Lopez et al., | |
| Defendant. | |

12    The Court has reviewed Defendant's Second Motion to Modify Conditions of Release

13    [41] and there being no objections, therefore,

14

15    **IT IS HEREBY ORDERED** that Defendant's Third Motion to Modify Conditions

16    of Release is GRANTED.  The Defendant's conditions of release are modified to allow her

17    to travel to San Luis Rio Colorado, Sonora, Mexico on December 30, 2025, requiring her

18    to return on January 2, 2026.

19

20    **IT IS FURTHER ORDERED** that the Defendant contact her Pretrial Services

21    Officer before her departure and promptly upon her return.

22

23    **IT IS FURTHER ORDERED** that all other terms and conditions of Defendant's

24    release shall remain unchanged.

25    Dated this ____ day of December, 2025.

26

27    _____

28    Lynnette C. Kimmins
      United States Magistrate